IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
JUN 25 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

KEYON SANTE HARDY,

    Plaintiff,

v.                        Civil Action No. 3:14CV217

MEDICAL DEPT. VA. BEACH JAIL, et al.,

    Defendants.

**MEMORANDUM OPINION**

Keyon Sante Hardy, a former Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. Hardy's current allegations failed to provide each defendant with fair notice of the facts and the legal basis upon which his or her liability rests. See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (quoting Conley v. Gibson, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on March 26, 2015, the Court directed Hardy to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Hardy that the failure to submit the particularized complaint would result in the dismissal of the action.

On April 13, 2015, the U.S. Postal Service returned the March 26, 2015 Memorandum Order marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED." Review of the Court's docket revealed a current address for Hardy. By Memorandum Order entered on May 19, 2015, the Court directed the Clerk to send

the March 26, 2015 Memorandum Order to Hardy at his current address. The Court further directed Hardy to comply with the terms of the March 26, 2015 Memorandum Order within fourteen (14) days of the date of entry thereof. The Court warned Hardy that the failure to file a proper particularized complaint would result in the dismissal of the action. See Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed since the entry of the May 19, 2015 Memorandum Order. Hardy failed to submit a particularized complaint or otherwise respond to the May 19, 2015 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Hardy.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: June 25, 2015
Richmond, Virginia

2